**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KAREN ANN ROYER | : | Case No. 18-16624-ref |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date of Hearing:   **January 24, 2019**
Time of Hearing:   **9:30 a.m.**

Location:   **U.S. Bankruptcy Court
The Madison Building
3rd Floor, Courtroom 1
400 Washington Street
Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO ANSWER OR RESPONSE TO
DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 4**

AND NOW, this 18th day of January, 2019, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1.   On December 18, 2018, Debtor filed an Objection to Proof of Claim #4 filed by Wells Fargo Bank, N.A.

2.   Notice was served on Wells Fargo Bank, N.A., the U.S. Trustee, and the Chapter 13 Trustee as previously certified on December 18, 2018.

3.   To date, Debtor has received no answer or response to the Objection.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter the Order which was attached to the Objection.

Dated: <u>1/18/2019</u>    By:    <u>*/s/ Zachary Zawarski*</u>
                                                              ZACHARY ZAWARSKI, ESQUIRE
                                                              3001 Easton Avenue
                                                              Bethlehem, PA 18017
                                                              Phone: (610) 417-6345
                                                              Fax: (610) 465-9790
                                                              zzawarski@zawarskilaw.com
                                                              Attorney ID No.: 308348
                                                              Attorney for Debtor