**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KAREN ANN ROYER | : | Case No. 18-16624-ref |
| Debtor | : | |
| | : | |

## ORDER

Upon consideration of Debtor's Objection to Proof of Claim No. 4 filed by Wells Fargo Bank, N.A. and after Notice and an opportunity for a hearing, IT IS HEREBY **ORDERED** that the Clerk shall amend the Claims Register to reflect that the claim is **DISALLOWED** as a secured claim, but **ALLOWED** as a general unsecured claim.

Date: 1/24/19

_____
ERIC L. FRANK
U.S. Bankruptcy Judge
for Richard E. Fehling
Chief U.S. Bankruptcy Judge

**Distribution List:**

Zachary Zawarski, Esq.
3001 Easton Avenue
Bethlehem, PA 18017

William C. Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Wells Fargo Bank, N.A.
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438