United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16624-ref
Karen Ann Royer                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 1              Date Rcvd: Jan 24, 2019
                              Form ID: pdf900       Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +Karen Ann Royer,    321 E. Market Street,    Bethlehem, PA 18018-6320
14235908        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14238258        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14208355       +Wells Fargo/Flooring Solution,    Attn: Bankruptcy,    PO Box 14517,   Des Moines, IA 50306-3517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2019 02:38:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY   ZAWARSKI    on behalf of Debtor Karen Ann Royer zzawarski@zawarskilaw.com
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KAREN ANN ROYER | : | Case No. 18-16624-ref |
| Debtor | : | |
| | : | |

### ORDER

Upon consideration of Debtor's Objection to Proof of Claim No. 4 filed by Wells Fargo Bank, N.A. and after Notice and an opportunity for a hearing, IT IS HEREBY **ORDERED** that the Clerk shall amend the Claims Register to reflect that the claim is **DISALLOWED** as a secured claim, but **ALLOWED** as a general unsecured claim.

Date: 1/24/19

_____
ERIC L. FRANK
U.S. Bankruptcy Judge
for Richard E. Fehling
Chief U.S. Bankruptcy Judge

**Distribution List:**

Zachary Zawarski, Esq.
3001 Easton Avenue
Bethlehem, PA 18017

William C. Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Wells Fargo Bank, N.A.
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438