**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KAREN ANN ROYER | : | Bankruptcy No.  18-16624-ref |
| Debtor | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 7th day of May, 2019, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On April 12, 2019, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on April 12, 2019.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 5/7/2019                            By:    */s/ Zachary Zawarski*
                                                   ZACHARY ZAWARSKI, ESQUIRE
                                                   3001 Easton Avenue
                                                   Bethlehem, PA 18017
                                                   Phone: (610) 417-6345
                                                   Fax: (610) 465-9790
                                                   zzawarski@zawarskilaw.com
                                                   Attorney ID No.: 308348
                                                   Attorney for Debtor