**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                          :        CHAPTER 13
                                                :
    KAREN ANN ROYER                   :        Bankruptcy No.  18-16624-ref
    Debtor                            :

**ORDER APPROVING COMPENSATION
TO COUNSEL FOR DEBTOR**

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local

Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of

objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by

counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and

xx/100 Dollars ($3,000.00), of which ONE THOUSAND FOUR HUNDRED NINETY and

xx/100 Dollars ($1,490.00) has been paid and ONE THOUSAND FIVE HUNDRED TEN and

xx/100 Dollars ($1,510.00) is unpaid, and the expenses charged in the amount of FORTY-

EIGHT and 95/100 Dollars ($48.95), are hereby approved.

BY THE COURT:

**Date: May 8, 2019**

_____

RICHARD E. FEHLING
BANKRUPTCY JUDGE