United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-16624-ref
Karen Ann Royer                                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa                  Page 1 of 1                  Date Rcvd: May 08, 2019
                                Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Karen Ann Royer,    321 E. Market Street,    Bethlehem, PA 18018-6320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 02:49:32     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Karen Ann Royer zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                          :        CHAPTER 13
                                                :
   KAREN ANN ROYER                              :        Bankruptcy No.  18-16624-ref
      Debtor                                    :

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND FOUR HUNDRED NINETY and xx/100 Dollars ($1,490.00) has been paid and ONE THOUSAND FIVE HUNDRED TEN and xx/100 Dollars ($1,510.00) is unpaid, and the expenses charged in the amount of FORTY-EIGHT and 95/100 Dollars ($48.95), are hereby approved.

BY THE COURT:

**Date: May 8, 2019**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE