| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-16624-PMM**

KAREN ANN ROYER
321 E MARKET STREET
BETHLEHEM  PA    18018

Petition Filed Date: 10/03/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $220.00 | | 02/05/2019 | $220.00 | | 03/04/2019 | $220.00 | |
| 04/03/2019 | $314.00 | | 05/03/2019 | $314.00 | | 06/03/2019 | $314.00 | |
| 07/08/2019 | $314.00 | | 08/05/2019 | $314.00 | | 09/04/2019 | $314.00 | |
| 10/04/2019 | $314.00 | 6156356000 | 11/04/2019 | $314.00 | 6156357000 | 12/04/2019 | $314.00 | 6156358000 |
| 01/03/2020 | $314.00 | 6381221000 | 02/05/2020 | $314.00 | 6381222000 | 03/02/2020 | $314.00 | 6381223000 |
| 04/03/2020 | $314.00 | 6620142000 | 05/04/2020 | $314.00 | 6620143000 | 06/03/2020 | $314.00 | 6620144000 |
| 07/06/2020 | $314.00 | 6860493000 | 08/03/2020 | $314.00 | 6860494000 | | | |

**Total Receipts for the Period: $5,998.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,438.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,038.21 | $184.30 | $2,853.91 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $21,990.89 | $1,333.93 | $20,656.96 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,646.63 | $160.53 | $2,486.10 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,734.28 | $529.84 | $8,204.44 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,848.00 | $354.74 | $5,493.26 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $978.73 | $49.31 | $929.42 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $386.33 | $386.33 | $0.00 |
| 4 | WELLS FARGO<br>»» 004 | Unsecured Creditors | $6,427.54 | $389.88 | $6,037.66 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $5,434.00 | $329.59 | $5,104.41 |
| 10 | ZACHARY ZAWARSKI ESQ<br>»» 010 | Attorney Fees | $1,558.95 | $1,558.95 | $0.00 |

Chapter 13 Case No. 18-16624-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,438.00 | Current Monthly Payment: | $314.00 |
| Paid to Claims: | $5,277.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $585.37 | Total Plan Base: | $18,370.00 |
| Funds on Hand: | $575.23 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.