| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-16624-PMM**

KAREN ANN ROYER
321 E MARKET STREET
BETHLEHEM  PA    18018

Petition Filed Date: 10/03/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $314.00 | 6381221000 | 02/05/2020 | $314.00 | 6381222000 | 03/02/2020 | $314.00 | 6381223000 |
| 04/03/2020 | $314.00 | 6620142000 | 05/04/2020 | $314.00 | 6620143000 | 06/03/2020 | $314.00 | 6620144000 |
| 07/06/2020 | $314.00 | 6860493000 | 08/03/2020 | $314.00 | 6860494000 | 09/03/2020 | $314.00 | 6860495000 |
| 10/05/2020 | $314.00 | 7076278000 | 11/02/2020 | $314.00 | 7076279000 | 12/03/2020 | $314.00 | 7076280000 |
| 01/04/2021 | $314.00 | 7287956000 | 02/03/2021 | $314.00 | 7287957000 | 03/03/2021 | $314.00 | 7287958000 |
| 04/05/2021 | $314.00 | 7504046000 | 05/03/2021 | $314.00 | 7504047000 | 06/03/2021 | $314.00 | 7504048000 |

**Total Receipts for the Period: $5,652.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,578.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,038.21 | $343.74 | $2,694.47 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $21,990.89 | $2,488.16 | $19,502.73 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,646.63 | $299.46 | $2,347.17 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,734.28 | $988.27 | $7,746.01 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,848.00 | $661.65 | $5,186.35 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $978.73 | $110.74 | $867.99 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $386.33 | $386.33 | $0.00 |
| 4 | WELLS FARGO<br>»» 004 | Unsecured Creditors | $6,427.54 | $727.27 | $5,700.27 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $5,434.00 | $614.80 | $4,819.20 |
| 10 | ZACHARY ZAWARSKI ESQ<br>»» 010 | Attorney Fees | $1,558.95 | $1,558.95 | $0.00 |

**Chapter 13 Case No. 18-16624-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,578.00 | Current Monthly Payment: | $314.00 |
| Paid to Claims: | $8,179.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $833.43 | Total Plan Base: | $18,370.00 |
| Funds on Hand: | $565.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.