| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-16624-PMM

KAREN ANN ROYER  
321 E MARKET STREET  
BETHLEHEM  PA    18018

Petition Filed Date: 10/03/2018  
341 Hearing Date: 11/06/2018  
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $314.00 | 7504046000 | 05/03/2021 | $314.00 | 7504047000 | 06/03/2021 | $314.00 | 7504048000 |
| 07/06/2021 | $314.00 | 7729558000 | 08/02/2021 | $314.00 | 7729559000 | 09/07/2021 | $314.00 | 7729560000 |
| 10/04/2021 | $314.00 | 7934252000 | 11/03/2021 | $314.00 | 7934253000 | 12/06/2021 | $314.00 | 7934254000 |
| 01/03/2022 | $314.00 | 8134285000 | 02/03/2022 | $314.00 | 8134286000 | 03/03/2022 | $314.00 | 8134287000 |
| 04/04/2022 | $314.00 | 8327817000 | 05/02/2022 | $314.00 | 8327818000 | 06/03/2022 | $314.00 | 8327819000 |
| 07/05/2022 | $314.00 | 8515020000 | 08/03/2022 | $314.00 | 8515021000 | | | |

**Total Receipts for the Period: $5,338.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,974.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,038.21 | $565.01 | $2,473.20 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $21,990.89 | $4,089.82 | $17,901.07 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,646.63 | $492.25 | $2,154.38 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,734.28 | $1,624.38 | $7,109.90 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,848.00 | $1,087.56 | $4,760.44 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $978.73 | $171.75 | $806.98 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $386.33 | $386.33 | $0.00 |
| 4 | WELLS FARGO<br>»» 004 | Unsecured Creditors | $6,427.54 | $1,195.42 | $5,232.12 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $5,434.00 | $1,010.56 | $4,423.44 |
| 10 | ZACHARY ZAWARSKI ESQ<br>»» 010 | Attorney Fees | $1,558.95 | $1,558.95 | $0.00 |

**Chapter 13 Case No. 18-16624-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,974.00 | Current Monthly Payment: | $314.00 |
| Paid to Claims: | $12,182.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,203.95 | Total Plan Base: | $18,370.00 |
| Funds on Hand: | $588.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.