| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-16624-PMM

KAREN ANN ROYER
321 E MARKET STREET
BETHLEHEM  PA    18018

Petition Filed Date: 10/03/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $314.00 | 8515021000 | 09/06/2022 | $314.00 | 8515022000 | 10/11/2022 | $314.00 | |
| 11/10/2022 | $314.00 | | 12/12/2022 | $314.00 | | 01/11/2023 | $314.00 | |
| 02/10/2023 | $314.00 | | 03/10/2023 | $314.00 | | 04/10/2023 | $314.00 | |
| 05/10/2023 | $314.00 | | 06/12/2023 | $314.00 | | 07/11/2023 | $314.00 | |

**Total Receipts for the Period: $3,768.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,742.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,038.21 | $771.42 | $2,266.79 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $21,990.89 | $5,583.68 | $16,407.21 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,646.63 | $658.34 | $1,988.29 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,734.28 | $2,217.69 | $6,516.59 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,848.00 | $1,484.82 | $4,363.18 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $978.73 | $248.50 | $730.23 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $386.33 | $386.33 | $0.00 |
| 4 | WELLS FARGO<br>»» 004 | Unsecured Creditors | $6,427.54 | $1,632.04 | $4,795.50 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $5,434.00 | $1,379.69 | $4,054.31 |
| 10 | ZACHARY ZAWARSKI ESQ<br>»» 010 | Attorney Fees | $1,558.95 | $1,558.95 | $0.00 |

**Chapter 13 Case No. 18-16624-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,742.00 | Current Monthly Payment: | $314.00 |
| Paid to Claims: | $15,921.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,521.08 | Total Plan Base: | $18,370.00 |
| Funds on Hand: | $299.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.