Certificate Number: 17572-PAE-DE-031729507

Bankruptcy Case Number: 18-16624



17572-PAE-DE-031729507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2018</u>, at <u>11:28</u> o'clock <u>AM PDT</u>, <u>Karen A Royer</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 8, 2018</u>              By:     <u>/s/Leigh-Anna M Thompson</u>

                                          Name:  <u>Leigh-Anna M Thompson</u>

                                          Title:  <u>Counselor</u>