United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                       Case No. 18-16624-pmm

Karen Ann Royer                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                                 Page 1 of 2

Date Rcvd: Oct 25, 2023                  Form ID: 138OBJ                        Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Ann Royer, 321 E. Market Street, Bethlehem, PA 18018-6320 |
| 14208349 | + | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 14211161 | + | Quicken Loans Inc., KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14208352 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14208354 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14208356 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 26 2023 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2023 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14208345 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2023 00:33:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14208347 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:37:00 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14208348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:35:23 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14212006 | | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14208350 | + | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14208346 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 00:36:33 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14242068 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:35:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14243801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:36:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208351 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 26 2023 00:33:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14223665 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 26 2023 00:33:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14209928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 25, 2023 | Form ID: 138OBJ | Total Noticed: 23

| | | | |
|---|---|---|---|
| 14208353 | + Email/PDF: ais.sync.ebn@aisinfo.com  Oct 26 2023 00:36:33 | | 23541-1021 Synchrony Bank/QVC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14235908 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Oct 26 2023 00:36:37 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14238258 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Oct 26 2023 00:35:18 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14208355 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Oct 26 2023 00:36:15 | | Wells Fargo/Flooring Solution, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
 on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
 on behalf of Debtor Karen Ann Royer zzawarski@zawarskilaw.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Karen Ann Royer
      Debtor(s)

Case No: 18−16624−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/25/23

46 − 45
Form 138OBJ