# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Karen Ann Royer**<br>  Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>  Movant<br>  vs.<br><br>**Karen Ann Royer**<br>  Debtor(s)<br><br>**Scott F. Waterman Esq.**, Trustee | **BK NO. 18-16624 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 13, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Karen Ann Royer
321 East Market Street
Bethlehem, PA 18018

<u>Attorney for Debtor(s)</u>
Zachary Zawarski
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

<u>Trustee</u>
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>October 13, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Phone: (215) 825-6327
Email: <u>rsolarz@kmllawgroup.com</u>