**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Karen Ann Royer

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   18-16624 PMM

## Official Form 410S1

# Notice of Mortgage Payment Change                                          **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 6685

**Date of payment change:**
Must be at least 21 days after date of this notice                          12/01/2022

**New total payment:**                                                      $1689.08
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   | Current escrow payment: | $690.15 | New escrow payment: | $ 651.87 |
   |---|---|---|---|

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   | Current interest rate: | _____% | New interest rate: | _____% |
   |---|---|---|---|
   | Current principal and interest payment: $_____ | | New principal and interest payment: $ _____ | |

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   | Current mortgage payment: $_____ | | New mortgage payment: $ _____ | |
   |---|---|---|---|

Document ID: 1567faf3132bfdd1de18b31b3fcc5e0500b00cb01b924c92eeb7cf6ba64f14c2

Debtor(s)    <u>Karen Ann Royer</u>          Case number (*if known*)  18-16624 PMM

First Name    Middle Name              Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*          Date    10/24/2022

Signature

Print:  Michael Farrington
24 Oct 2022, 17:02:45, EDT

Title  <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701        Market Street, Suite 5000</u>

Number        Street

Philadelphia,                    PA    19106

City                    State      ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com

Document ID: 1567faf3132bfdd1de18b31b3fcc5e0500b00cb01b924c92eeb7cf6ba64f14c2